UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALDO RODRIGUEZ,<br><br>-against-<br><br>CRA 560 WEST 192nd STREET, LLC and TRINED HR XI, INC.<br><br>Defendants. | 23-cv-05675 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   February 1, 2024
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge