# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**     Tel: 718-740-1000
Email: abdul@abdulhassan.com     Fax: 718-740-2000
*Employment and Labor Lawyer*     Web: www.abdulhassan.com

**April 14, 2024**

**Via ECF**

Hon. Andrew L. Carter, Jr., USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

<u>**Re: Rodriguez v. CRA 560 West 192nd Street, LLC et al**</u>
        Case No. 23-CV-05675 (ALC)(BCM)
        Settlement Approval (ECF No. 25)

Dear Judge Carter:

    My firm represents plaintiff Geraldo Rodriguez ("Plaintiff") in the above-referenced action, and I respectfully write to seek clarification on the status of this case.

    By way of background, Plaintiff filed this action seeking unpaid overtime wages under the FLSA and NYLL. Following participation in the Court's mediation program, the parties reached a settlement and filed a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 810 (2d Cir. 2022) on January 21, 2024. On February 1, 2024, Your Honor issued the following Order:

> ORDER OF DISCONTINUANCE: It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Courts calendar if the application to restore the action is made within thirty days. All deadlines are adjourned sine die. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 2/1/2024) (ks) (Entered: 02/01/2024)

    Defendant Trinet HR XI, Inc. has taken the position that there is no "Court Order formally approving the Settlement Agreement." As such, it is respectfully requested that this Honorable Court issue a formal ruling on the motion for settlement approval at ECF No. 25.

1

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:     Defense Counsel via ECF**